# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

REGAT G. GEBREZIABHER,               )        Case No. SACV 16-02003-JEM
                                     )
                    Plaintiff,       )        **JUDGMENT**
                                     )
          v.                         )
                                     )
NANCY A. BERRYHILL,                  )
Acting Commissioner of Social Security, )
                                     )
                    Defendant.       )
_____)

     In accordance with the Memorandum Opinion and Order Affirming Decision of the Commissioner of Social Security filed concurrently herewith,

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: October 31, 2017              _/s/ John E. McDermott_
                                     JOHN E. MCDERMOTT
                         UNITED STATES MAGISTRATE JUDGE